LAW OFFICES OF JOSEPH SHEMARIA
JOSEPH SHEMARIA, Esq., State Bar No. 47311
2029 Century Park East, Suite 1400
Los Angeles, California 90067

Telephone: (310) 772-2211

Attorney for Defendant,
HANH KHUU

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. SA-CR-05-281-GAF |
|---|---|---|
| Plaintiff, | ) ) ) | ORDER CONTINUING HEARING ON DEFENDANT'S MOTION FOR NEW TRIAL |
| vs. | ) ) | |
| HAHN KHUU, | ) ) | |
| Defendant. | ) ) | |

GOOD CAUSE APPEARING THEREFOR,

   IT IS HEREBY ORDERED that the hearing on Defendant's Motion for New Trial, presently set for April 7, 2008 at 1:30 p.m. is hereby continued to April 28, 2008 at 1:30 p.m.

April 2, 2008                    _____
                                  HONORABLE GARY A. FEESS
                                  UNITED STATES DISTRICT JUDGE

United States of America v. Hanh Khuu
[Proposed Order] re Continuing Hearing on
Motion for New Trial
Case No. SA CR-05-281 GAF