```
LAW OFFICES OF JOSEPH SHEMARIA
JOSEPH SHEMARIA, Esq., State Bar No. 47311
2029 Century Park East, Suite 1400
Los Angeles, California 90067

Telephone: (310) 772-2211

Attorney for Defendant,
HANH KHUU
```

FILED
CLERK, U.S. DISTRICT COURT
AUG 12 2008
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO. 05-CR-00281-GAF |
|---|---|---|
| Plaintiff, | ) | [~~PROPOSED~~] ORDER RELIEVING COUNSEL |
| vs. | ) | |
| HANH KHUU, | ) | |
| Defendant. | ) | |

GOOD CAUSE APPEARING,

IT IS HEREBY ORDERED that the Motion of Defendant's counsel, Joseph Shemaria Esq., to Withdraw as counsel for Defendant, is hereby GRANTED.

Further, the Court appoints _David Reed_ Esq., conditioned on Defendant's filing a CJA Form 23 (Financial Affidavit) by July 8, 2008 and the Court's finding that Defendant qualifies for appointment of counsel.

DATED: ~~July~~ 8/11, 2008.

_____
HONORABLE GARY A. FEESS
United States District Judge

United States v. HANH KHUU
CASE NO. 05-CR-00281-GAF
[PROPOSED] ORDER RELIEVING COUNSEL

- 1 -