**DAVID R. REED, State Bar # 62479**  LINK: 121, 126
Attorney at Law, (Automatictrials@yahoo.com)
3699 Wilshire Boulevard, Suite 850
Los Angeles, California 90010
(310) 854-5246
(760) 342-7927

Attorney for: Hanh Khuu

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | **NO: CR-05-281 GAF** |
| ) | |
| Plaintiff, ) | **ORDER WITHDRAWING** |
| ) | **DEFENDANT'S MOTION FOR BOND** |
| Vs. ) | **PENDING APPEAL AND DIRECTING** |
| ) | **U.S. MARSHAL SERVICE TO EXPEDITE** |
| HANH KHUU, ) | **TRANSFER OF DEFENDANT TO HER** |
| ) | **DESIGNATED BOP FACILITY** |
| Defendant, ) | |
| ) | |
| _____/ | |

GOOD CAUSE APPEARING

It is hereby ordered that defendant's motion for bond pending appeal be withdrawn. The U.S. Marshal Service is ordered to expedite defendant HANH KHUU's, Reg 29302-112, transfer to her designated BOP facility to serve her sentence imposed in this matter.

Dated: September 12, 2008

_____
Honorable Gary A. Feess
United States District Judge

1